**STATE of Minnesota, Respondent,**

v.

**John Michael McLEVIS, Appellant.**

**No. 49021.**

Supreme Court of Minnesota.

Dec. 28, 1979.

C. Paul Jones, Public Defender and Phebe S. Haugen, Sp. Asst. Public Defender, Minneapolis, for appellant.

Warren Spannaus, Atty. Gen., St. Paul, Tom W. Foley, County Atty. and Steven C. DeCoster, Asst. County Atty., St. Paul, for respondent.

OTIS, Justice.

Defendant appeals from a conviction for aggravated assault with a dangerous weapon in violation of Minn.Stat. §§ 609.-22(1) .225, subd. 2 (1978) resulting from his attempt to run down a police officer at a roadblock.

The only errors asserted are that "intent to cause fear" was not proven, and that the court abused its discretion in denying defendant a continuance for medical treatment. We find no merit in either of these contentions and therefore affirm.

Affirmed.